March 12, 2012



BY FIRST-CLASS U.S. MAIL

Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 2325
Wilmington, DE 19801-3555

      Re:    *U.S. Bank National Association et al v. Gunn (counterclaimant)*,
              11-cv-1155

Dear Judge Andrews:

      I am writing you in response to a letter I received via email from Ambac Assurance ("Ambac") on Friday, March 9, 2012. In the letter addressed to Your Honor, Mr. Harry Sandick, as counsel for Ambac, is attempting to persuade the court that his client should not be added as a party to the instant action. I vehemently disagree, as Ambac has allowed third parties Select Portfolio Servicing, Inc. ("SPS") and U.S. Bank, NA, to advance frivolous claims against my property located at 201 Cornwell Drive, Bear, Delaware.

      It is uncontroverted that Ambac paid the Certificateholders of both trusts used in this elaborate shell game. As noted in my filing for Judicial Notice and Fraud on the Court, government officials have concluded a year long investigation that has resulted in a finding of guilty for the egregious acts of fraud and conspiracy involving the aforementioned trusts controlled through subrogation by Ambac.

      As the bond insurer and insurance subrogee, Ambac and its counsel have worked with the attorneys at Eckert Seamans Cherin & Mellott, to make gross misrepresentations of material facts. For example, Ambac has stated in the U.S. District Court for the Southern District of New York, that Ambac insured the trusts which securitized a loan against my property. This misrepresentation was intentional and used for the sole purpose of concealing Ambac's direct involvement in this artifice to defraud me of my property. Ambac has had knowledge of the frivolous claims against me and my property and as a result participated in my injury.

      The Court should also take notice, that the opposing parties requested that Your Honor enter an order preventing me from filing any additional *lis pendens'* against title to protect my interest. Dorothy Davis and SPS filed a similar request to remove the current notices of pendency in the Superior Court of Delaware for New Castle County. The case was dismissed on March 1, 2012, by Judge Fred S. Silverman (See attached).

Ambac has intentionally misrepresented material facts and is attempting to make this Honorable Court a party to fraud. The unlawful acts by Ambac and its entire racket are also believed to be criminal under a variety of statutes; Complaints have been filed with the appropriate federal agencies for criminal prosecution. In the Rule 16 Conference, the Court said that:

> *"It's something that if you are victorious, which, certainly the way the courts have ruled so far, it doesn't seem likely that you are going to be, that you would be able to get* ***damages from here to California*** *(Tr. 45:1-5)."*

Since the Rule 16 conference, two monumental rulings have been issued in my favor. The most important being the Pennsylvania Department of State finding that Nikole Shelton as an employee for the opposing party, illegally notarized and caused to be filed counterfeit documents against the title of my property. The subject fraudulent documents have been submitted to courts in New York and Delaware and as the court is well aware, judgments have been entered for the tortfeasors based on the counterfeit documents prepared by Nikole Shelton. The Court must not turn a blind eye to the fraud perpetrated on the court by Ambac and it co-conspirators.

I am available to discuss these matters with the Court at Your Honor's convenience.

Respectfully submitted,

*[signature]*

LA MAR: GUNN, *propria persona*
Signed reserving all my rights at UCC 1-308

1894 Windswept Circle
Dover, Delaware 19901

302-218-6407

## CERTIFICATE OF SERVICE

I, LA MAR GUNN, hereby certify that the foregoing Document was sent via email to:

Francis G.X. Pileggi............................................(fpileggi@eckertseamans.com)

Jill Agro.............................................................(jagro@eckertseamans.com)

Dorothy Davis....................................................(ddavis@eckertseamans.com)

Harry Sandick....................................................(hsandick@pbwt.com)

On this Monday the 12th day of March 2012.

*[signature]*

LA MAR: GUNN, *propria persona*
Signed reserving all my rights at UCC 1-308

1894 Windswept Circle
Dover, Delaware 19901

302-218-6407

SUPERIOR COURT
OF THE
STATE OF DELAWARE

FRED S. SILVERMAN
JUDGE

NEW CASTLE COUNTY COURTHOUSE
500 North King Street, Suite 10400
Wilmington, DE 19801-3733
Telephone (302) 255-0669

March 1, 2012

(VIA E-FILED and U.S. Mail)

Francis G. X. Pileggi, Esquire
Jill Agro, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

> RE: *Select Portfolio Servicing Inc., As Servicing Agent v. The Honorable Michael E. Kozikowski, New Castle County Recorder of Deeds*
> C.A. No. *11M-11-080 FSS*

**Upon Complaint for Writ of Mandamus – DISMISSED without prejudice;
Upon Motion to Intervene – DENIED**

Dear Mr. Pileggi and Ms. Agro:

      This is intended to head-off motion practice in response to yesterday's letter. I have no interest in the claims Mr. Gunn makes about me or the Superior Court in other litigation. The court(s) where those claims are made will give them the consideration they deserve. Since the January 6, 2012 letter, Mr. Gunn has submitted nothing in this case to which paragraph 5 of the order applies.

      More importantly, at a procedural level this writ of mandamus proceeding is problematic. The court does not see how the Recorder of Deeds has a clear duty to reject Mr. Gunn's notices of the pendency of action. Thus, the court is unwilling to exercise its discretion to issue an extraordinary writ.

Francis G. X. Pileggi, Esquire
Jill Agro, Esquire
*Select Portfolio Servicing Inc., as Servicing Agent v. The Honorable Michael E. Kozikowski*
C.A. No. 11M-11-080 FSS
Letter/Order
March 1, 2012
Page 2

The complaint, however, refers to 25 *Del. C.* Ch 16, concerning *lis pendens*. If Plaintiff wants the court to consider canceling a notice of pendency and mark the indices accordingly, it must file an accurately captioned, appropriate motion under 25 *Del. C.* § 1606. Moreover, if Plaintiff seeks prospective relief, it must specifically request it under 25 *Del. C.* § 1608. Along the same lines, if Plaintiff seeks costs and attorneys fees, the motion must request them under 25 *Del. C.* § 1611. And so on. Any motion for relief under 25 *Del. C.* Ch. 16 must be directed in the first instance to the party asserting the *lis pendens* claim. That, of course, is Mr. Gunn.

In the event that a motion to cancel is filed, the court will issue an order allowing Mr. Gunn to file a response in opposition, if he chooses. As to that, the court will enforce its order about civility. The moving party will have an opportunity to file a reply, if it chooses to file one.

For the foregoing reasons, Plaintiff's complaint for writ of mandamus is **DISMISSED**, without prejudice to Plaintiff, in its discretion, filing a motion for mandatory cancellation. As provided above, upon receipt the court will enter an appropriate scheduling order. In light of this decision, Mr. Gunn's motion to intervene in the now-dismissed mandamus proceeding is **DENIED** as moot. As of now, there is nothing pending in this matter. Accordingly, there is no reason for another filing by anyone, other than the motion mentioned above.

**IT IS SO ORDERED.**

Very truly yours,

/s/ FSS

FSS:mes
oc: Prothonotary (Civil)
    Mr. La Mar Gunn, via U.S. Mail

## Page 1

```
            UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE

US BANK NATIONAL ASSOCIATION  :  CA NO. 11-1155-RGA
AS TRUSTEE FOR THE HOLDERS    :  FEBRUARY 8, 2012
OF THE EQCC HOME EQUITY LOAN  :
ASSET BACKED CERTIFICATES     :  10:03 O'clock a.m.
SERIES L998-3 & SELECT        :
PORTFOLIO SERVICING INC.      :
                              :
              Plaintiffs,     :
                              :
    v.                        :
                              :
LA MAR GUNN,                  :
                              :
              Defendant,      :
..............................


            TRANSCRIPT OF RULE 16 CONFERENCE
         BEFORE THE HONORABLE RICHARD G. ANDREWS
             UNITED STATES DISTRICT COURT JUDGE
```

## Page 2

APPEARANCES:

For Plaintiffs:   ECKERT SEAMANS CHERIN & MELLOTT
                  BY: FRANCIS G.X. PILEGGI, ESQ
                  BY: DOROTHY A. DAVIS, ESQ

For Defendant:    LA MAR GUNN
                  (PRO SE)

Court Reporter:   LEONARD A. DIBBS
                  Official Court Reporter

## Page 3

PROCEEDINGS

THE COURT: Good morning, please be seated.

All right. We scheduled this as a Rule 16 Conference in the case of US Bank National Association, et al vs La Mar Gunn, Civil Action Number 11-1155.

Counsel, I don't believe I've met you before. And Mr. Gunn, I don't believe I've met you before either.

Would you care to state for the record who is here?

MR. PILEGGI: May it please the Court, Francis Pileggi for the Plaintiffs. And my distinguished colleague Dorothy Davis has been admitted pro hac vice.

THE COURT: Thank you.

Mr. Gunn?

MR. GUNN: Your Honor, La Mar Gunn, defendant and counter-claimant.

THE COURT: Thank you.

What I thought was, and I looked through the file -- I'm sorry, I didn't realize how much stuff had built up in the file.

What I thought was before talking about scheduling, we ought to talk about the things that are in the file so far.

And let's just go with the last one first. The Plaintiff filed a Motion for Reference to a Special Master.

I assume, Ms. Davis, that referring to a Special Master

## Page 4

requires that Mr. Gunn pay half the costs, right --

MS. DAVIS: Yes, your Honor.

THE COURT: Mr. Gunn, do you want this referred to a Special Master?

MR. GUNN: No, your Honor.

THE COURT: All right.

I think there are a lot of times that a Special Master is a good thing. If there were counsel on both sides, maybe it wouldn't be necessary.

I'm going to deny that because the fees for Mr. Gunn will mount up very quickly. And I don't think that's necessary.

I will try to pay more attention to this case and to try to do some of the things that the Plaintiff wanted to accomplish by referring it to a Special Master.

So the Docket Item 21. That's going to be denied.

Mr. Gunn, you filed a Motion to Set Aside the Void Judgment. That's Docket Item 18. I believe you're referring to the State Court judgment in this case, is that right?

MR. GUNN: Yes, your Honor.

THE COURT: I'm going to deny that. I don't have the power to set aside a State Court judgment.

There's a Motion to Strike, which is Docket Item 15. That's yours, Mr. Gunn: <u>And I believe that you were moving to</u> strike their Motion For Entry of Default. So I am going to deny that.

41

1 MS. DAVIS: Thank you, your Honor.
2 THE COURT: All right.
3 MR. GUNN: If I can add one final piece, your Honor?
4 THE COURT: Sure, Mr. Gunn.
5 MR. GUNN: I'm operating in good faith here. I'm only
6 asking the Court to look at what's on the docket, okay?
7 Counsel is asking for a Preliminary Injunction so that I
8 cannot file any additional claims to protect my rights.
9 THE COURT: You know, I looked at the Preliminary
10 Injunction because I wanted to see exactly what it was. I'm not
11 prepared to rule on it. I did look at the order that was submitted
12 which I printed out.
13 I took it that that order actually didn't prevent you from
14 filing any more claims in this case.
15 The idea is to prevent you from filing anymore claims in
16 any other case or any other court that are related. It's kind of
17 limited. It involves the statement that you were the lawful owner
18 of this property in Bear. That's what they are asking for is that
19 you not, at least that's what I understand them to be asking for,
20 is that you not be able to file litigation in other courts that are
21 based on you claiming to be the owner of record.
22 And I guess the second part of it is that you are
23 enjoined, forbidden to say by any form of communication that you
24 are the lawful owner of the property.
25 I take it that is to prevent you from telling the Recorder

42

1 of Deeds or posting notices on the property saying that you are the
2 owner.
3 They want to sell the property. And the things that they
4 say you're doing, they say, are preventing them from selling the
5 property, selling the property at full value, something along those
6 lines.
7 So that's what they want to prevent you from doing. Even
8 if I sign it or something like it as preventing what you can file
9 in this case.
10 Do you understand?
11 MR. GUNN: Yes, to some extent, but, no.
12 I would think preventing from me defending as far as my
13 rights of due process and protecting against a fraud, I have right
14 to pursue justice until justice is done.
15 The parties what they are asking for would violate the
16 constitution.
17 THE COURT: That's not a bad argument on your behalf.
18 Part of the reason why it's not so easy for me to just
19 sign this is, you know, you're doing litigation in the Southern
20 District of New York, which I take it is based on the
21 representation that you're the lawful owner of record of the
22 property. And I'm not exactly enthusiastic about enjoining the
23 Southern District of New York from your case.
24 I'm not entirely sure why I should be enjoining the
25 Delaware Courts from considering repetitive collateral attacks.

43

1 That seems like something to me to be -- that could be
2 dealt with in State Court.
3 You know, I'm more sympathetic to the, Don't start any
4 litigation in Pennsylvania or Massachusetts or wherever else one
5 might open up a branch office of this litigation.
6 And I am more sympathetic, you know, in preventing you
7 from telling the Recorder of Deeds, or posting on property that you
8 are the owner of the property, because you understand they are
9 really trying to do is to, I think, I'm not speaking for them.
10 It would be in their interest if there was a court order
11 preventing you from doing these things. If you did them, they
12 would be in here asking me to lock you up.
13 So I'm thinking about this. And part of what I am
14 thinking about is because I do based on what has been presented to
15 me, because I do believe that who owns this property is not
16 actually subject to dispute.
17 But even if I agree with that, the chances are that this
18 proposed order that has been submitted is a lot broader than
19 necessary.
20 For example, it says that you or any agent from
21 representing any individual or entity by any form of communication
22 that you are the lawful owner of the property.
23 You know, you may have some speech rights that are
24 implicated by that. It might be broader than necessary to protect
25 their legitimate interests.

44

1 In any event, I haven't decided. I have to think about
2 this. But certainly that's what they are asking for is to cut down
3 the number of places where you can litigate against them. But I
4 can't really see right now even if I subscribe to their argument
5 completely that I'm going to enter some order that tells you to
6 cease and desist in a court in which you already have litigation
7 ongoing.
8 I don't see -- at least really see that. I doubt that I
9 have the power to do that. And if I to have the power to do that,
10 I doubt that it would be a particularly wise exercise to be the
11 last Court involved telling the Court that has been handling this
12 to stop it.
13 MR. GUNN: I agree, your Honor.
14 Final thing.
15 What you've just said as to what their opinion is, what
16 their goal is to restrain me from filing actions to recover my
17 property which I believe and what I know based on the facts was an
18 effort, a fraud.
19 I should have the right to let any bone fide purchaser for
20 value know that there's pending litigation in this case so that
21 they aren't too duped by the acts -- having the courts to unwind
22 another deal if, in fact, or when I'm victorious as far as my
23 claims.
24 THE COURT: It's something that if you are victorious,
25 which, certainly the way the courts have ruled so far, it doesn't

```
                                                                45
  1   seem likely that you are going to be, that you would be able to get
  2   damages from here to California.
  3            You don't really need to be since right now you're holding
  4   a losing hand, you don't really need to be telling people it's
  5   really my property.
  6            And you have to think, too. You're not -- I don't know
  7   exactly what it is you're saying, but when you file List Pendants,
  8   or post notices on the door, you are interfering with a whole bunch
  9   lawful orders from the court. Most of them from the State of
 10   Delaware. That's something that if nothing else, it's a tort.
 11            And there's a point where your sense that you need to get
 12   justice has to bend to the reality that the people who are suppose
 13   to be giving you justice; namely, the Delaware Courts, have ruled
 14   against you, and litigation comes to an end at some point. And
 15   their claim is that it's pass the past due point already.
 16            MR. GUNN: One final point.
 17            THE COURT: This is your third final point.
 18            MR. GUNN: I apologize. This entire thing -- if you look
 19   at it from my side, I've been evicted from my home of almost ten
 20   years. I've never missed a mortgage payment. I took a mortgage on
 21   this property, paid all my payments on time. These people show up,
 22   file notice, I'm evicted.
 23            You have to understand my frustration. I'm not the
 24   vexatious litigant here. I filed one case and that was in New
 25   York. As a retaliation they filed in court here.
```

```
                                                                46
  1            I personally believe all this can be handled in New York.
  2   The reason they are not doing it this in New York is because New
  3   York understands Trust Law as far as securities are concerned. The
  4   State Court of Delaware, I'm not sure.
  5            THE COURT: The State Court of Delaware is pretty good on
  6   Trust law.
  7            In any event, we've spent enough time today.
  8            I will see you at the date that we've set, March 29th. I
  9   will enter an order ruling on the motion as I indicated. I will
 10   enter a Scheduling Order as I've indicated.
 11            If there is something that I've said here and it doesn't
 12   appear in the order, I think both sides have heard it.
 13            I expect both sides to follow what I've said. Okay?
 14            MS. DAVIS: Yes.
 15            MR. GUNN: Yes.
 16            THE COURT: We stand in recess.
 17            (At this time, the Rule 16 Conference concluded)
 18
 19
 20
 21
 22
 23
 24
 25
```

LEGAL PAPERS

USPS FIRST CLASS MAIL®

$1.70 US POSTAGE FIRST-CLASS MAIL

062S0008127546
FROM 19901
stamps
03/12/2012

LA MAR GUNN
LA MAR GUNN
1894 WINDSWEPT CIRCLE
DOVER DE 19901-9901

SHIP TO:  Honorable Richard G Andrews
Caleb Boggs Federal Building
844 N King Street
Wilmington DE 19801

Unit 9
Room 2325