UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

US BANK NATIONAL ASSOCIATION, et al.,

    Plaintiffs,

v.

LA MAR GUNN,

    Defendant.

C.A. No. 11-1155-RGA

**MEMORANDUM ORDER**

Plaintiffs have filed a motion to enter a judgment for sanctions. (D.I. 251). Defendant responded. (D.I. 257). Plaintiffs filed a reply. (D.I. 259).

I earlier twice sanctioned Defendant in the amounts of $1,960 and $2,682. (D.I. 139, 154). I explained my reasons for doing so in a series of orders and opinions. (D.I. 52, 53 [at pp. 15-16], 109, 137, 138, 139, 154).

Defendant asks that I reconsider my earlier orders. (D.I. 257 at 5). It is too late for that. Defendant has preserved his objections to the sanctions orders, and will be able to raise the issues on appeal.

Defendant also points out that he won the trial. (*Id.* at 4). That does not excuse Defendant's earlier conduct, or make unjust the imposition of sanctions for his earlier non-compliance with the rules and contempt in not complying with a preliminary injunction.

Thus, I **GRANT** Plaintiffs' motion to enter a judgment for sanctions. (D.I. 251).

Plaintiffs are **DIRECTED TO SUBMIT A PROPOSED FINAL JUDGMENT** that includes the sanctions and that also addresses the overall resolution of the case. Plaintiffs should assume that I am not going to grant their other pending motions. Plaintiffs are requested to submit their proposed judgment no later than August 11, 2015. Defendant may respond to the form of the proposed judgment no later than August 18, 2015.

August 4, 2015
Date

Richard G. Andrews
United States District Judge