UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| US BANK NATIONAL ASSOCIATION, et al., | : : : | |
| Plaintiffs, | : : | C.A. No. 11-1155-RGA |
| v. | : : | |
| LA MAR GUNN, | : : | |
| Defendant. | : | |

**MEMORANDUM ORDER**

Defendant filed a motion for sanctions. (D.I. 260). Plaintiffs responded. (D.I. 261).

The motion is filed months after trial, and does not appear to contain any new allegations that are not in Defendant's multiple previous motions that are of the same vein. It therefore presents nothing that I need to resolve (again).

One thing Defendant says does need to be addressed. Defendant characterizes the litigation as "frivolous." It is true Plaintiffs lost the trial. The litigation, however, was not frivolous. I have no doubt that Plaintiffs were assisted in the sale of the property in May 2012 by the March 2012 grant of the preliminary injunction. Plaintiffs may bring to mind Inspector Javert in their pursuit of Defendant subsequent to the sale of the property, but their pursuit of the litigation was a business judgment about which I do not have all relevant information. Defendant does not, however, bring to mind Jean Valjean.

The motion for sanctions (D.I. 260) is **DENIED**.

IT IS SO ORDERED this 5 day of August 2015.

_____
United States District Judge